UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDY MARIE KOENIG,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>                    Defendant. | CASE NO. 14-cv-05144 RJB<br><br>REPORT AND RECOMMENDATION<br>ON STIPULATED MOTION FOR<br>REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 16)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1  On remand, the Administrative Law Judge will be directed to consider further plaintiff's

2  medically determinable impairments at steps 2 and 3; in so doing fully address the medical

3  opinions in the record, and if necessary, consult a medical expert to determine the nature,

4  severity, and limiting effects, if any, of medically determinable impairments; evaluate further

5  plaintiff's maximum residual functional capacity, with specific reference to the opinion evidence

6  of record in support of the assessed limitations, and articulate clearly the weight accorded such

7  evidence; and, in so doing, evaluate further plaintiff's subjective complaints pursuant to SSR 96-

8  7p and consider further 3rd party testimony in accordance with SSR 06-3p. The ALJ also will

9  reevaluate the step 4 findings and obtain supplemental vocational expert testimony to clarify the

10  effect of the assessed limitations on the occupational base.

11  Given the facts and the parties' stipulation, the Court recommends that the District Judge

12  immediately approve this Report and Recommendation and order the case be **REVERSED** and

13  **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

14  Dated this 29th day of July, 2014.

15

16  J. Richard Creatura
    United States Magistrate Judge
17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2